UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

WANDA CRUZ,

                Plaintiff,                        08-CV-3411-LMM-AJP

        v.                                  **DISCLOSURE STATEMENT**

SMITHKLINE BEECHAM CORPORATION,
GLAXOSMITHKLINE and
SMITHKLINEBEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE,

                Defendants.
_____

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

        The undersigned, counsel of record for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline (improperly named as SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE), furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

        GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline. No publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

Dated: New York, New York
      May 5, 2008

PEPPER HAMILTON LLP

By: _____
Kenneth J. King (KK 3567)
Suzanne M. D'Amico (SD 3581)
The New York Times Building
620 Eighth Avenue
37th Floor
New York, NY 10018
(212) 808-2700

and

Nina M. Gussack
Matthew J. Hamilton
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
(215) 981-4000

Attorneys for Defendant
SmithKline Beecham Corporation d/b/a
GlaxoSmithKline