UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANDA CRUZ,

                       Plaintiff,

v.

SMITHKLINE BEECHAM CORPORATION,
GLAXOSMITHKLINE, and
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE,

                       Defendants.

08-CV-3411-LMM-AJP

**NOTICE OF APPEARANCE**

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Pepper Hamilton LLP, 620 Eighth Avenue, New York, New York 10018, hereby appears, by undersigned counsel, as counsel for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline as of this date and requests that all papers in this action be served upon the undersigned at the addresses listed below.

Dated: May 5, 2008

_____
Kenneth J. King (KK 3561)
Suzanne M. D'Amico (SD 3581)
PEPPER HAMILTON LLP
The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
Phone: (212) 808-2700
Email: kingk@pepperlaw.com
Email: damicos@pepperlaw.com

Attorneys for Defendant SmithKline Beecham
Corporation d/b/a GlaxoSmithKline