-2-

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, I served the foregoing documents by regular mail to the following:

Victoria Jennings Maniatis
Morelli Ratner, P.C.
950 Third Avenue
New York, NY 10022
Phone: 212-751-9800
Fax: 212-751-0046
Email: vmaniatis@morellilaw.com

David L. Eisbrouch
Balkin & Eisbrouch, LLC
50 Main Street
Suite Six
Hackensack, N.J. 07061
Phone: 201-342-5545

_____
Suzanne M. D'Amico, Esq.